

# Fourth Court of Appeals
## San Antonio, Texas

November 22, 2022

No. 04-22-00548-CV

**HOLLINGSWORTH-PACK CORPORATION** and Christopher A. Hewitt, P.E.,
Appellants

v.

Elroy **RODRIGUEZ** as Trustee of Peter R. Villarreal Irrevocable Life Insurance Trust,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI10686
Honorable Nicole Garza, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
             Irene Rios, Justice
             Lori I. Valenzuela, Justice

In this interlocutory appeal from the trial court's order denying their motion to dismiss under section 150.002 of the Texas Civil Practice and Remedies Code, appellants have filed a Motion to Stay Trial Court Proceedings. Appellee has filed a response opposing the motion and appellants have filed a reply.

Appellants' motion to stay trial court proceedings is GRANTED. All proceedings in the underlying case are STAYED until disposition of this appeal or further order from this court.

It is so **ORDERED** November 22, 2022.

**PER CURIAM**

ATTESTED TO:_____
MICHAEL A. CRUZ,
CLERK OF COURT